■ In the Matter of MICHELLE M.L., Respondent, v ALBERT A.C., Appellant. (Appeal No. 2.) [932 NYS2d 405]—

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of Lydia C.* (89 AD3d 1434 [2011]). Present—Fahey, J.P., Carni, Sconiers, Gorski and Martoche, JJ.

■ In the Matter of NYASIA W., an Infant. MONROE COUNTY DEPARTMENT OF HUMAN SERVICES, Respondent; CHRISTINE W., Appellant. In the Matter of ARIEL C.W.-H. MONROE COUNTY DEPARTMENT OF HUMAN SERVICES, Respondent; CHRISTINE W., Appellant, et al., Respondent. (Appeal No. 1.) [932 NYS2d 406]—

Same memorandum as in *Matter of Ariel C.W.-H.* (89 AD3d 1438 [2011]). Present—Fahey, J.P., Carni, Sconiers, Gorski and Martoche, JJ.